PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tarik Lewis            **Docket Number:** 08-00237-01

**Name of Sentencing Judicial Officer:** HONORABLE A. Richard Caputo (MD/PA)

**Name of Current Judicial Officer:** HONORABLE Joseph A. Greenaway (D/NJ)

**Date of Original Sentence:** 03/23/2007

**Original Offense:** NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE

**Original Sentence:** 3 years probation

**Type of Supervision:** Probation            **Date Supervision Commenced:** 03/23/07

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' |
| | On December 6, 2007, Lewis entered the Residential Re-Entry Center (Toler House) in Newark, New Jersey. On February 6, 2008, Lewis was terminated from the RRC facility due to non-compliance with rules and regulations, insolent towards staff and failure to secure employment. |
| 2 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | Since March 23, 2007, Lewis has not obtained employment or enrolled in any form of schooling or training. |

PROB 12C - Page 2
Tarik Lewis

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: April 10, 2008

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: June 30, 2008 at 12:00 pm.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-22-08
Date